**Mullen Automotive, Inc. (MULN)**　　　　　　　　　　　　　　　　　　　　　　　　**David Gru**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/21/2022 | 284 | $3.5200 |